IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| MEGHAN MAGEE, *et al.*, | : : : | |
| Plaintiffs, | : : | Civil No. 17-565 (RBK/JS) |
| v. | : : | **ORDER** |
| FRANCESCA'S HOLDING CORP., *et al.*, | : : : | |
| Defendants. | : : : : : : | |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon Defendants' Motion for Partial Summary Judgment (Doc. 140) and Defendants' Motion to Compel Arbitration (Doc. 176). For the reasons expressed in the corresponding Opinion,

**IT IS HEREBY ORDERED** that Defendants' Motion for Partial Summary Judgment (Doc. 140) is **DENIED**; and

**IT IS FURTHER ORDERED** that Defendants' Motion to Compel Arbitration (Doc. 176) is **GRANTED**, and the claims of the 151 individual Plaintiffs named in the corresponding Opinion are **DISMISSED** without prejudice to their ability to pursue arbitration.


Dated:  6/14/2020  

/s Robert B. Kugler
ROBERT B. KUGLER
United States District Judge