[Doc. No. 225]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MEGHAN MAGEE, et al.<br><br>                Plaintiffs,<br><br>   v.<br><br>FRANCESCA'S HOLDING CORP., et al.,<br><br>                Defendants. | Civil No. 17-00565(RBK/JS) |

**ORDER OF ADMINISTRATIVE TERMINATION WITHOUT PREJUDICE**

    The Court having received notice that Francesca's Holdings Corporation and Francesca's Collection, Inc. filed a voluntary petition under Chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court, Case Nos. 20-13076 and 20-13078; and the filing of this voluntary petition operating as a stay under Chapter 11 U.S.C. §362(a); and good cause existing for the entry of this Order,

    IT IS HEREBY ORDERED this 4th day of December, 2020, that this matter is administratively terminated, without prejudice to the right of the parties to reopen the proceedings for good cause shown, without costs.

                                          s/ Joel Schneider
                                          JOEL SCHNEIDER
                                          United States Magistrate Judge